IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-185-RLV-DCK

| | |
|---|---|
| PAULA B. POPE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| BLUE RIDGE ELECTRIC MEMBERSHIP CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Seal Exhibits 7 and 8" (Document No. 19) filed November 30, 2012. This motion has have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Defendant's counsel has informed the undersigned's staff that Defendant consents, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Seal Exhibits 7 and 8" (Document No. 19) is **GRANTED**.

Signed: December 3, 2012

David C. Keesler
United States Magistrate Judge