IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:11-CV-185-RLV-DCK

| | |
|---|---|
| PAULA B. POPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BLUE RIDGE ELECTRIC ) | |
| MEMBERSHIP CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion to Seal Exhibits and Unredacted Brief" (Document No. 33) filed January 4, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion, the record, and applicable authority, and noting that Defendant has consented to the relief requested in the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion to Seal Exhibits and Unredacted Brief" (Document No. 33) is **GRANTED.**

Signed: January 9, 2013

David C. Keesler
United States Magistrate Judge